IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DEMARCUS RANTREZ ROBINSON**
**ADC #250429**                                                                              **PLAINTIFF**

**v.**                     **Case No. 4:14-cv-00600 KGB**

**MIKE BEEBE,** *et al.*                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed with prejudice.

SO ADJUDGED this 10th day of August, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE